

P50942/T.Frankelis

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| TO: | Jim Molinelli, Miscellaneous Clerk |
| FROM: | Thomas Frankelis, United States Probation Officer |
| RE: | Ronald Wesley Stewart |
| DATE: | February 04, 2008 |

**08CRIM 106**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On May 8, 2006, the above-named individual was sentenced in the Western District of Washington outlined in the attached J & C.

In November 2007, we received the Prob. 22's endorsed by the Honorable James L. Robart, U.S. District Court Judge, ordering Mr. Stewart's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5162.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Thomas Frankelis
U.S. Probation Officer